UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BAIS CHABAD OF
FARMINGTON HILLS,

    Plaintiff,                                  Civil No. 15-cv-13316

v.                                                 Honorable Mark A. Goldsmith
                                                    Mag. Judge David R. Grand

TOM VILSACK, et al.

    Defendant(s).
_____/

## APPEARANCE OF COUNSEL

PLEASE ENTER the appearance of Peter A. Caplan, Assistant United States Attorney, as counsel on behalf of the United States Department of Agriculture, in the above-entitled action.

                                                              BARBARA L. McQUADE
                                                               United States Attorney

                                                               s/Peter A. Caplan
                                                               Assistant U.S. Attorney
                                                               211 W. Fort Street, Suite 2001
                                                               Detroit, MI    48226
                                                               313-226-9784
                                                               peter.caplan@usdoj.gov
                                                               P30643

Dated:    September 23, 2015