# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

BAIS CHABAD OF FARMINGTON HILLS

        Plaintiff(s),                      Case No.  15-13316

v.                                    Honorable  Mark A. Goldsmith

HON. TOM VILSACK

        Defendant(s).
_____/

## ORDER TO SHOW CAUSE

    IT IS ORDERED that   BAIS CHABAD OF FARMINGTON HILLS   shall **personally** appear before the Honorable   Mark A. Goldsmith   at the United States District Court, Theodore Levin U.S. Courthouse, 231 West Lafayette Blvd., Room   860  , Detroit, Michigan, on   October 8, 2015  , at   10:30 a.m.  , to SHOW CAUSE why this action should not be dismissed for:

    Failure to pay the filing fee.

Date: October 1, 2015                        s/Mark A. Goldsmith
                                                    Mark A. Goldsmith
                                                    U.S. District Judge

## Certificate of Service

    I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                    s/Carrie Haddon
                                                    Deputy Clerk