UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Bais Chabad of Farmington Hills,

                Plaintiff(s),

v.                                       Case No. 2:15−cv−13316−MAG−DRG
                                       Hon. Mark A. Goldsmith

Tom Vilsack,

                Defendant(s),

**ORDER VACATING ORDER TO SHOW CAUSE**

The Court having issued an Order to Show Cause on 10/1/2015, and the appropriate action having been taken;

IT IS HEREBY ORDERED that the Court's Order to Show Cause is satisfied and hereby vacated.

SO ORDERED.

                                                         s/Mark A. Goldsmith
                                                         Mark A. Goldsmith
                                                         U.S. District Judge

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                  By: s/J. Curry−Williams
                                                      Case Manager

Dated: October 7, 2015