UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CONGREGATION BAIS CHABAD OF
FARMINGTON HILLS,

       Plaintiff,

  -vs-

TOM VILSACK, SECRETARY OF THE
UNITED STATES DEPARTMENT OF
AGRICULTURE,

       Defendant.
_____/

CASE NO. 15-CV-13316

HON. MARK A. GOLDSMITH
MAG. JUDGE DAVID R. GRAND

## ORDER DISMISSING CASE WITH PREJUDICE

The court having been advised that the parties have resolved this case, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice and without costs or attorney's fees to either side.

Dated: October 8, 2015

S/MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE

Approved as to form and substance:

s/with consent of Gilbert Borman
Law Office of Gilbert Borman, PLLC
GILBERT BORMAN
Attorney for Plaintiff
P.O. Box 250325
Franklin, MI 48025
(248)825-3131
P37642
Email: gb@borman.net

BARBARA L. McQUADE
United States Attorney

s/Peter A. Caplan
PETER A. CAPLAN
Assistant U.S. Attorney
Attorneys for Defendant
211 W. Fort Street, Ste. 2001
Detroit, MI 48226
(313)226-9784
Email: peter.caplan@usdoj.gov